Judge Karen A Overstreet
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In Re:

ARCHER USA INC., Lead case, administratively consolidated with Member case LENCO MOBILE INC.,

Debtors.

Lead Case No. 14-16659-KAO
Member Case No. 14-16660-KAO

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee in the case of Archer USA, Inc.:

**Creditor 1 [Chairperson]:**

Shannon Phillips
Summit Law Group PLLC
315 – 5th Ave. S., Ste. 1000
Seattle, WA 98104
206-676-7000 (Phone)
206-676-7001 (Fax)
shannonp@summitlaw.com

**Creditor 2:**

Michael J Becker
1165 Crandano Ct.
Sunnyvale, CA 94087
408-242-5733 (Phone)
Michael.becker@mcordis.com

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE - Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-16659-KAO    Doc 77    Filed 10/02/14    Ent. 10/02/14 09:53:03    Pg. 1 of 2

Judge Karen A Overstreet
Chapter 11

**Creditor 3:**

Christopher Stanton
2668 W Lake Sammamish Pkwy SE
Bellevue, WA 98008
425-785-9807 (Phone)
chidofu@hotmail.com

Dated: October 2, 2014

Respectfully submitted,

Gail Brehm Geiger
Acting U.S. Trustee for Region 18


/s/ *Thomas A. Buford III*
Thomas A. Buford III, Missouri Bar #56460
Assistant United States Trustee

APPOINTMENT OF UNSECURED CREDITORS'
COMMITTEE - Page - 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-16659-KAO   Doc 77   Filed 10/02/14   Ent. 10/02/14 09:53:03   Pg. 2 of 2