# United States Bankruptcy Court
## Western District of Washington

In re    Lenco Mobile Inc.                               ,

                                   Debtor

Case No.    14-16660-KAO

Chapter                11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 20,002,850.21 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 6,600,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 8,283,159.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 20,002,850.21 | | |
| Total Liabilities | | | | 14,883,159.70 | |

In re   Lenco Mobile Inc.                                                Case No.    14-16660-KAO
_____,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

   0    continuation sheets attached to the Schedule of Real Property

In re   Lenco Mobile Inc.                                            Case No.   14-16660-KAO

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in Silicon Valley Bank checking account ending 7452 | - | 2,850.21 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                Sub-Total >        2,850.21

                                          (Total of this page)

    __3__   continuation sheets attached to the Schedule of Personal Property

In re    Lenco Mobile Inc.                                                                                    Case No.    14-16660-KAO
_____,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership interests in each of the companies listed below: | - | 20,000,000.00 |
| | | Archer Mobile South Africa Pty Ltd. (South Africa based operating company) | | |
| | | Archer USA Inc. (US based operating company) | - | Unknown |
| | | Lenco International Limited (British Virgin Islands based holding company) | - | Unknown |
| | | Lenco Technology Group Limited (British Virgin Island based holding company) | - | Unknown |
| | | Archer Mobile International Limited (Non-resident Irish holding company headquartered in British Virgin Islands) | - | Unknown |
| | | Archer Mobile Limited (Ireland based operating company) | - | Unknown |
| | | Archer Mobile Asia Pte Ltd (Singapore based operating company) | - | Unknown |
| | | Lenco Media, Inc. (Inactive US company) | - | 0.00 |
| | | Lenco Mobile USA, Inc. (Inactive US company) | - | 0.00 |
| | | Lenco Multimedia, Inc. (Inactive US company) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

|  | Sub-Total > | 20,000,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    Lenco Mobile Inc.                                              Case No.    14-16660-KAO
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Intercompany ledger entries (Book value is approximately $20 million) | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | All such property is held by subsidiaries | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | All such property is held by subsidiaries | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                                          Sub-Total >            0.00
                                                     (Total of this page)

Sheet    2   of   3    continuation sheets attached
to the Schedule of Personal Property

In re    Lenco Mobile Inc.                                    Case No.    14-16660-KAO

_____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | All such property is held by subsidiaries | - | 0.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | All such property is held by subsidiaries | - | 0.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 20,002,850.21 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   Lenco Mobile Inc.                                         Case No.   14-16660-KAO

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| ACCOUNT NO. | | | | July or August 2012 | | | | | |
| Bradford C. Berk<br>U. Rochester Medical Cntr<br>PO Box 706<br>601 Elmwood Avenue<br>Rochester, NY 14642 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE        $0.00 | | | | $30,000.00 | Unknown |
| ACCOUNT NO. | | | | July or August 2012 | | | | | |
| Christopher L. Dukelow<br>15808 205th Ave SE<br>Renton, WA 98059 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE        $0.00 | | | | $20,000.00 | Unknown |

Sheet 1 of 7 total sheets in Schedule of Creditors Holding Secured Claims

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **ACCOUNT NO.**<br><br>Derace L. Schaffer<br>1100 Grandisle Drive<br>Naples, FL 34108 | X | N A | | June 2013<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE           $0.00 | | | | $525,000.00 | Unknown |
| **ACCOUNT NO.**<br><br>Edward S. Brokaw<br>c/o Scott Cargill<br>Lowenstein Sandler LLP<br>65 Livingston Ave<br>Roseland, NJ 07068 | X | N A | | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE           $0.00 | | | | $50,000.00 | Unknown |
| **ACCOUNT NO.**<br><br>Edwina S. Millington<br>c/o Scott Cargill<br>Lowenstein Sandler LLP<br>65 Livingston Ave<br>Roseland, NJ 07068 | X | N A | | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE           $0.00 | | | | $50,000.00 | Unknown |
| **ACCOUNT NO.**<br><br>Hope Street Advisors, LLC, as agent<br>101 Plantation Circle<br>Ponte Vedra Beach, FL 32082 | X | N A | | Advances under August 22, 2014 Loan Agreement<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | | | |
| | | | | VALUE           $0.00 | | | | $500,000.00 | Unknown |

Sheet 2 of 7 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re   Lenco Mobile Inc.            Case No.   14-16660-KAO

                       Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>James D. Meadlock Trust<br>c/o Robert Corman, Trustee<br>151 East 85th Street #10E<br>New York, NY 10028 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $500,000.00 | Unknown |
| **ACCOUNT NO.**<br><br>James L. Liang<br>101 Plantation Circle South<br>Ponte Vedra Beach, FL 32082 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $400,000.00 | Unknown |
| **ACCOUNT NO.**<br><br>James L. Liang<br>101 Plantation Circle South<br>Ponte Vedra Beach, FL 32082 | X | N A | June 2013<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $325,000.00 | $325,000.00 |
| **ACCOUNT NO.**<br><br>Kenneth R. Jensen<br>3116 Heritage Oaks<br>Oak Brook, IL 60523 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $250,000.00 | Unknown |

Sheet 3 of 7 total sheets in Schedule of Creditors Holding Secured Claims

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | July or August 2012 | | | | | |
| Kjetil Skogsholm EDV MUNCHSGT 8 ASGARDSTRAND 3179  Norway | X | N A | Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lneco Mobile, Inc. and subsidiaries | | | X | | |
| | | | VALUE            $0.00 | | | | $115,000.00 | Unknown |
| ACCOUNT NO. | | | July or August 2012 | | | | | |
| Matthew Harris 4417 55th Avenue NE Seattle, WA 98105 | X | N A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | VALUE            $0.00 | | | | $100,000.00 | $100,000.00 |
| ACCOUNT NO. | | | June 2013 | | | | | |
| Matthew Kinley 666 Walnut Street, Ste 2116 Des Moines, IA 50309 | X | N A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | VALUE            $0.00 | | | | $50,000.00 | Unknown |
| ACCOUNT NO. | | | February 15, 2013 | | | | | |
| Michael Durden Barrington Advisory Group, LLC 721 Beacon Drive Lake Barrington, IL 60010 | X | N A | Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | VALUE            $0.00 | | | | $100,000.00 | Unknown |

Sheet 4 of 7 total sheets in Schedule of Creditors Holding Secured Claims

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael Levinsohn<br>7109 Westhaven Circle Apt 108<br>Zionsville, IN 46077<br><br>Michael Levinsohn<br>12868 NE 24th Street<br>Bellevue, WA 98005 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $10,000.00 | Unknown |
| ACCOUNT NO.<br><br>Pablo Enterprises LLC<br>116 Settlers Row North<br>Ponte Vedra Beach, FL 32082 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $1,500,000.00 | Unknown |
| ACCOUNT NO.<br><br>Pablo Enterprises LLC<br>116 Settlers Row North<br>Ponte Vedra Beach, FL 32082 | X | N A | June 2013<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>All assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $900,000.00 | Unknown |
| ACCOUNT NO.<br><br>Paul M Bower & Kathleen Bower<br>c/o Dominick & Dominick LLC<br>Attn Robert Hill<br>150 East 52nd St<br>New York, NY 10022 | X | N A | July or August 2012<br><br>Senior Secured Promissory Note issued by Lenco Mobile, Inc.<br><br>Secured by all assets of Lenco Mobile, Inc. and subsidiaries<br><br>VALUE        $0.00 | | | X | $25,000.00 | Unknown |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Principal AS <br> Attn: Roar Hausner <br> Mellomvein 117 H, N-9006 <br> Tromsoe <br> Norway | X | N A | July or August 2012 <br><br> Senior Secured Promissory Note issued by Lenco Mobile, Inc. <br><br> Secured by all assets of Lenco Mobile, Inc. and subsidiaries <br><br> VALUE             $0.00 | | | X | $25,000.00 | Unknown |
| ACCOUNT NO. <br><br> Rich Moore <br> 3673 Pueblo Hill Ct <br> San Jose, CA 95127-3636 | X | N A | July or August 2012 <br><br> Senior Secured Promissory Note issued by Lenco Mobile, Inc. <br><br> Secured by all assets of Lenco Mobile, Inc. and subsidiaries <br><br> VALUE             $0.00 | | | X | $3,000.00 | $3,000.00 |
| ACCOUNT NO. <br><br> Robert B. Corman <br> 151 East 85th #10E <br> New York, NY 10028 | X | N A | July or August 2012 <br><br> Senior Secured Promissory Note issued by Lenco Mobile, Inc. <br><br> Secured by all assets of Lenco Mobile, Inc. <br><br> VALUE             $0.00 | | | X | $50,000.00 | Unknown |
| ACCOUNT NO. <br><br> Robert J. Chiumento <br> 409 N Bellevue Ave <br> Wayne, PA 19087 | X | N A | July or August 2012 <br><br> Senior Secured Promissory Note issued by Lenco Mobile, Inc. <br><br> Secured by all assets of Lenco Mobile, Inc. and subsidaries <br><br> VALUE             $0.00 | | | X | $20,000.00 | Unknown |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 14-16659-KAO     Doc 83     Filed 10/06/14     Ent. 10/06/14 20:39:50     Pg. 12 of 35

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | June 2013 | | | | | |
| Robert Kaufman 163 Marlborough St, Unit 5 Boston, MA 02116 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assts of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE                $0.00 | | | | $200,000.00 | Unknown |
| ACCOUNT NO. | | | | July or August 2012 | | | | | |
| Srinivas Kandikattu 715 Inwood Drive Campbell, CA 95008 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE                $0.00 | | | | $2,000.00 | Unknown |
| ACCOUNT NO. | | | | July or August 2012 | | | | | |
| State Bank and Trust Trustee f/b/o Derace L. Schaffer IRA rollover 1100 Grandisle Drive Naples, FL 34108 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. | | | X | | |
| | | | | VALUE                $0.00 | | | | $750,000.00 | Unknown |
| ACCOUNT NO. | | | | July or August 2012 | | | | | |
| Walter Harrison 1125 Park Avenue, Apt 2C New York, NY 10128 | X | N | A | Senior Secured Promissory Note issued by Lenco Mobile, Inc. Secured by all assets of Lenco Mobile, Inc. and subsidiaries | | | X | | |
| | | | | VALUE                $0.00 | | | | $100,000.00 | Unknown |
| | | | | Total(s) (Use only on last page) | | | | $6,600,000.00 | $428,000.00 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (4/13)

In re    Lenco Mobile Inc.                                                    Case No.    14-16660-KAO
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____3_____ continuation sheets attached

In re ___Lenco Mobile Inc._____,  Case No. ___14-16660-KAO_____

_____Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | | |
| CA Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| CA Division of Workers Comp 1515 Clay Street, 17th Floor Oakland, CA 94612-1412 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| California Franchise Tax Board Attn: Corporation Tax PO Box 942857 Sacramento, CA 94257-4040 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| California Franchise Tax Board P.O. Box 942867 Sacramento, CA 94267-0651 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| Centralized Insolvency Operat. P.O. Box 7346 Philadelphia, PA 19101-7346 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

In re    Lenco Mobile Inc.                                    Case No.    14-16660-KAO

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | | |
| Delaware Div. of Corporations PO Box 898 Dover, DE 19903 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| Delaware Division of Revenue 820 N. French Street Wilmington, DE 19801 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| King County Treasurer Division King County Admin. Building 500 - 4th Avenue, Room 600 Seattle, WA 98104-2387 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| Securities and Exchange Comm. 100 F Street NE Washington, DC 20549 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| Securities and Exchange Comm. Philadelphia Regional Office 1617 JFK Boulevard, Suite 520 Philadelphia, PA 19103 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet  2  of  3  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      0.00
(Total of this page)      0.00      0.00

In re    Lenco Mobile Inc.                                                                    Case No.    14-16660-KAO
_____                    _____
                                    Debtor                                  ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | NOTICE ONLY | | | | | |
| WA Department of Revenue Attn: Bankruptcy/Claim Unit 2101 - 4th Avenue, Room 1400 Seattle, WA 98121-2300 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | NOTICE ONLY | | | | | |
| WA Dept. of Labor & Industries Bankruptcy Unit PO Box 44171 Olympia, WA 98504-4171 | | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | NOTICE ONLY | | | | | |
| WA Dept. of Licensing State Treasurer P.O. Box 9408 Seattle, WA 98109-0408 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  3  of  3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  |  | 0.00 | |
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
|  |  | 0.00 | |

B6F (Official Form 6F) (12/07)

In re    Lenco Mobile Inc.                                              Case No.    14-16660-KAO
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | - | | Jupiter Platform development | | | | |
| Archer Mobile South. Africa Clearwater Office Park Bldg. 3 Johannesburg South Africa | | | | | | | | | 1,026,653.94 |
| Account No. | | | - | | | | | | |
| BasTrust Corporation 24 Routes des Acacias 1227 Les Acacias Geneva Switzerland | X | | | | | | | | 26,935.88 |
| Account No. | | | - | | | | | | |
| BDO Valuation Advisors, LLC PO Box 31001-0860 Pasadena, CA 91110-0860 | X | | | | | | | | 58,887.04 |
| Account No. | | | - | | | | | | |
| California Franchise Tax Board P.O. Box 942867 Sacramento, CA 94267-0531 | X | | | | | | | | 4,000.00 |
| | | | | | Subtotal (Total of this page) | | | | 1,116,476.86 |

  7   continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

S/N:24713-140930    Best Case Bankruptcy

In re   Lenco Mobile Inc.                                          Case No.   14-16660-KAO
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Christopher Janney 4260 Holly Knoll DR Los Angeles, CA 90027 | X | - | December 2011 Unsecured Subordinated Promissory Note | | | | 100,000.00 |
| **Account No.** Commonwealth of Massachusetts Department of Revenue P.O. Box 7010 Boston, MA 02204 | X | - | | X | | | 250.00 |
| **Account No.** Continental Stock Transfer 59-4 Central Avenue Farmingdale, NY 11735 | X | - | | | | | 1,823.16 |
| **Account No.** David Hinsley 83 Holland Park London W11 3RZ United Kingdom | X | - | December 2011 Unsecured Subordinated Promissory Note | | | | 600,000.00 |
| **Account No.** Derace L. Schaffer 1100 Grandisle Drive Naples, FL 34108 | X | - | | | | | 4,030.17 |

Sheet no.  1  of  7   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          706,103.33

In re    Lenco Mobile Inc.
_____,    Case No. ___14-16660-KAO_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Emma Slatter <br> Winchester House <br> 1 Great Winchester Street <br> London, EC2N 2DB <br> United Kingdom | X | - | December 2011 <br> Unsecured Subordinated Promissory Note | | | | 500,000.00 |
| Account No. <br><br> First Insurance Funding Group <br> 450 Skokie Boulevard <br> Suite 1000 <br> Northbrook, IL 60062 | X | - | | | | | 11,396.78 |
| Account No. <br><br> Gabriel Von Lengyel-Knopi <br> Gartenstrasse 8 <br> 8552 Felben-Wellhausen <br> Switzerland | X | - | December 2011 <br> Unsecured Subordinated Promissory Note | | | | 850,000.00 |
| Account No. <br><br> Gargalicana/Graceffa LLP <br> 11 Embarcardero West <br> Suite 145 <br> Oakland, CA 94607 | X | - | | | X | | 7,689.15 |
| Account No. <br><br> Gordon Tilden Thomas & Cordell <br> 1001 Fourth Ave, Suite 4000 <br> Seattle, WA 98154 | X | - | | | X | | 4,358.40 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,373,444.33

In re   Lenco Mobile Inc. _____,   Case No.   14-16660-KAO   _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Gunderson Dettmer 1200 Seaport Blvd Redwood City, CA 94063 | X | - | | X | | | 256,221.03 |
| **Account No.** Helferich Patent Licensing LLC Attn: Leonard Palevsky 60 E. Rio Salado Pkwy, Ste 900 Tempe, AZ 85281 | | - | NOTICE ONLY | | | | 0.00 |
| **Account No.** Horten Philip Heymans Allé 7 Box 191 2900 Hellerup Copenhagen, Denmark | X | - | | X | | | 0.00 |
| **Account No.** Innerloop Mobile Commun., Inc. Attn: Pauil Ektvedt Gamle Ringeriksvei 125 1356 Bekkestua Norway | X | - | December 2011 Unsecured Subordinated Promissory Note | | | | 199,024.82 |
| **Account No.** James L. Liang 101 Plantation Circle South Ponte Vedra Beach, FL 32082 | X | - | March 2012 Promissory Note | | | | 50,000.00 |

Sheet no. _3_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      505,245.85

In re  Lenco Mobile Inc.     Case No.  14-16660-KAO
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | December 2011 (assumed) Unsecured Non-Interest Bearing Promissory Note | | | | |
| Jan Herud Tunfaret 2 0370 Olso Norway | X | - | | | | | 30,610.00 |
| Account No. | | | December 2011 (assumed) Unsecured Non-Interest Bearing Promissory Note | | | | |
| Jean Mrier Messier 6 Place de la République Dominicaine 75017 Paris, France | X | - | | | | | 250,000.00 |
| Account No. | | | | | | | |
| Jorgen Larsen Flat 1 83 Holland Park W11 3RZ London, UK | X | - | | | | | 71,744.83 |
| Account No. | | | July 30, 2013 Promissory Note | | | | |
| Jorgen Larsen Flat 1 83 Holland Park W11 3RZ London, UK | X | - | | | | | 1,950,000.00 |
| Account No. | | | December 2011 Unsecured Subordinated Promissory Note | | | | |
| Kjetil Skogsholm Edvard Munchs Gate 8 3179 Åsgårdstrand, Norway | X | - | | | | | 50,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     2,352,354.83

In re    Lenco Mobile Inc.
_____,
                    Debtor

Case No.    14-16660-KAO
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Kromann Reumert <br> Attn: Peter Honore <br> Sundkrogsgade 5 <br> Kobenhavn O  2100 <br> Copenhagen, Denmark | X | - | | | | | 68,348.41 |
| Account No. <br><br> Melissa Chyba <br> 441 Promontory Dr. E <br> Newport Beach, CA 92660 | X | - | | X | | | 60,000.00 |
| Account No. <br><br> Michael Becker <br> 1165 Crandono Ct. <br> Sunnyvale, CA 94087 | | - | | X | | | 234,474.00 |
| Account No. <br><br> Michael Matthews <br> 202 Beach Street <br> Manchester, MA 01944 | X | - | | | | | 7,070.01 |
| Account No. <br><br> MOSD Holdings, LLC <br> P.O. Box 2547 <br> Rancho Santa Fe, CA 92067 | X | - | June 2010 <br> Promissory Note | | | X | 130,000.00 |

Sheet no.  5  of  7  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

499,892.42

B6F (Official Form 6F) (12/07) - Cont.

In re   Lenco Mobile Inc.                                                   Case No.   14-16660-KAO
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Needham and Company <br> Attn: Receivables/Legal <br> 445 Park Avenue <br> New York, NY 10022-4406 | X | - | | | | | X | 37,500.00 |
| Account No. <br><br> Patrick Pitcher <br> 98A Amory Street <br> Singapore 069918 | | - | NOTICE ONLY | | | | | 0.00 |
| Account No. <br><br> Paul Burger <br> 33 Hollycroft Avenue <br> London NW3 7QJ <br> United Kingdom | X | - | December 2011 <br> Unsecured Subordinated Promissory Note | | | | | 250,000.00 |
| Account No. <br><br> Perkins Coie, LLP <br> Attn: Client Accounting <br> 1201 Third Avenue, Ste. 4900 <br> Seattle, WA 98101-3099 | X | - | | | | | | 209,433.54 |
| Account No. <br><br> Peterson Sullivan LLP <br> 601 Union Street, Ste. 2300 <br> Seattle, WA 98101 | X | - | | | | | | 126,561.53 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  623,495.07

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  Lenco Mobile Inc.                                              Case No.  14-16660-KAO
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Principal AS <br> Attn: Roar Hausner <br> Mellomvein 117 H, N-9006 <br> Tromsoe <br> Norway | X | - | December 2011 (assumed) <br> Unsecured Non-Interest Bearing Promissory Note | | | | 20,000.00 |
| Account No. <br><br> PublicEase, Inc. <br> 7668 El Camino Real <br> Carlsbad, CA 92009 | X | - | | | | | 368.00 |
| Account No. <br><br> Randall Shochet <br> 6308 Grand Cypress Circle <br> Lake Worth, FL 33463 | | - | | | | X | 11,783.74 |
| Account No. <br><br> Sheppard Mullin <br> Attn: Adam Shipley <br> 333 South Hope St, 43rd Fl <br> Los Angeles, CA 90071-1448 | X | - | | | | X | 730,872.55 |
| Account No. <br><br> Summit Law Group <br> 315 - 5th Avenue S., Ste 1000 <br> Seattle, WA 98104-2682 | X | - | | | | | 343,122.72 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,106,147.01 |
| Total <br> (Report on Summary of Schedules) | 8,283,159.70 |

In re    Lenco Mobile Inc.                                 Case No.    14-16660-KAO

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re  Lenco Mobile Inc. _____  Case No.  14-16660-KAO _____

_____
Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Bradford C. Berk<br>U. Rochester Medical Cntr<br>PO Box 706<br>601 Elmwood Avenue<br>Rochester, NY 14642 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Christopher L. Dukelow<br>15808 205th Ave SE<br>Renton, WA 98059 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Derace L. Schaffer<br>1100 Grandisle Drive<br>Naples, FL 34108 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Edward S. Brokaw<br>c/o Scott Cargill<br>Lowenstein Sandler LLP<br>65 Livingston Ave<br>Roseland, NJ 07068 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Edwina S. Millington<br>c/o Scott Cargill<br>Lowenstein Sandler LLP<br>65 Livingston Ave<br>Roseland, NJ 07068 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Hope Street Advisors, LLC, as agent<br>101 Plantation Circle<br>Ponte Vedra Beach, FL 32082 |

Sheet 1 of 8 total sheets in Schedule of Codebtors

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | James D. Meadlock Trust<br>c/o Robert Corman, Trustee<br>151 East 85th Street #10E<br>New York, NY 10028 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | James L. Liang<br>101 Plantation Circle South<br>Ponte Vedra Beach, FL 32082 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | James L. Liang<br>101 Plantation Circle South<br>Ponte Vedra Beach, FL 32082 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Kenneth R. Jensen<br>3116 Heritage Oaks<br>Oak Brook, IL 60523 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Kjetil Skogsholm<br>EDV MUNCHSGT 8<br>ASGARDSTRAND<br>3179  Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Matthew Harris<br>4417 55th Avenue NE<br>Seattle, WA 98105 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Matthew Kinley<br>666 Walnut Street, Ste 2116<br>Des Moines, IA 50309 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Michael Durden<br>Barrington Advisory Group, LLC<br>721 Beacon Drive<br>Lake Barrington, IL 60010 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Michael Levinsohn<br>7109 Westhaven Circle Apt 108<br>Zionsville, IN 46077 |

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Pablo Enterprises LLC<br>116 Settlers Row North<br>Ponte Vedra Beach, FL 32082 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Pablo Enterprises LLC<br>116 Settlers Row North<br>Ponte Vedra Beach, FL 32082 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Paul M Bower & Kathleen Bower<br>c/o Dominick & Dominick LLC<br>Attn Robert Hill<br>150 East 52nd St<br>New York, NY 10022 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Principal AS<br>Attn:  Roar Hausner<br>Mellomvein 117 H, N-9006<br>Tromsoe<br>Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Rich Moore<br>3673 Pueblo Hill Ct<br>San Jose, CA 95127-3636 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Robert B. Corman<br>151 East 85th #10E<br>New York, NY 10028 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Robert J. Chiumento<br>409 N Bellevue Ave<br>Wayne, PA 19087 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Robert Kaufman<br>163 Marlborough St, Unit 5<br>Boston, MA 02116 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Srinivas Kandikattu<br>715 Inwood Drive<br>Campbell, CA 95008 |

Sheet 3 of 8 total sheets in Schedule of Codebtors

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | State Bank and Trust Trustee<br>f/b/o Derace L. Schaffer<br>IRA rollover<br>1100 Grandisle Drive<br>Naples, FL 34108 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Walter Harrison<br>1125 Park Avenue, Apt 2C<br>New York, NY 10128 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | BasTrust Corporation<br>24 Routes des Acacias<br>1227 Les Acacias<br>Geneva Switzerland |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | BDO Valuation Advisors, LLC<br>PO Box 31001-0860<br>Pasadena, CA 91110-0860 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Continental Stock Transfer<br>59-4 Central Avenue<br>Farmingdale, NY 11735 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Derace L. Schaffer<br>1100 Grandisle Drive<br>Naples, FL 34108 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | First Insurance Funding Group<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook, IL 60062 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | California Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0531 |

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Kromann Reumert<br>Attn: Peter Honore<br>Sundkrogsgade 5<br>Kobenhavn O  2100<br>Copenhagen, Denmark |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Jorgen Larsen<br>Flat 1<br>83 Holland Park<br>W11 3RZ<br>London, UK |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Michael Matthews<br>202 Beach Street<br>Manchester, MA 01944 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Perkins Coie, LLP<br>Attn: Client Accounting<br>1201 Third Avenue, Ste. 4900<br>Seattle, WA 98101-3099 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Peterson Sullivan LLP<br>601 Union Street, Ste. 2300<br>Seattle, WA 98101 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | PublicEase, Inc.<br>7668 El Camino Real<br>Carlsbad, CA 92009 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Summit Law Group<br>315 - 5th Avenue S., Ste 1000<br>Seattle, WA 98104-2682 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Christopher Janney<br>4260 Holly Knoll DR<br>Los Angeles, CA 90027 |

Sheet 5 of 8 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | David Hinsley<br>83 Holland Park<br>London W11 3RZ<br>United Kingdom |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Emma Slatter<br>Winchester House<br>1 Great Winchester Street<br>London,  EC2N 2DB<br>United Kingdom |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Gabriel Von Lengyel-Knopi<br>Gartenstrasse 8<br>8552 Felben-Wellhausen<br>Switzerland |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Innerloop Mobile Commun., Inc.<br>Attn: Pauil Ektvedt<br>Gamle Ringeriksvei 125<br>1356 Bekkestua<br>Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Jan Herud<br>Tunfaret 2<br>0370 Olso<br>Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Jean Mrier Messier<br>6 Place de la République<br>Dominicaine<br>75017<br>Paris, France |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Jorgen Larsen<br>Flat 1<br>83 Holland Park<br>W11 3RZ<br>London, UK |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Kjetil Skogsholm<br>Edvard Munchs Gate 8<br>3179<br>Åsgårdstrand, Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Paul Burger<br>33 Hollycroft Avenue<br>London NW3 7QJ<br>United Kingdom |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | MOSD Holdings, LLC<br>P.O. Box 2547<br>Rancho Santa Fe, CA 92067 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Sheppard Mullin<br>Attn: Adam Shipley<br>333 South Hope St, 43rd Fl<br>Los Angeles, CA 90071-1448 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Needham and Company<br>Attn: Receivables/Legal<br>445 Park Avenue<br>New York, NY 10022-4406 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Melissa Chyba<br>441 Promontory Dr. E<br>Newport Beach, CA 92660 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Principal AS<br>Attn:  Roar Hausner<br>Mellomvein 117 H, N-9006<br>Tromsoe<br>Norway |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | James L. Liang<br>101 Plantation Circle South<br>Ponte Vedra Beach, FL 32082 |

Sheet 7 of 8 total sheets in Schedule of Codebtors

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Commonwealth of Massachusetts<br>Department of Revenue<br>P.O. Box 7010<br>Boston, MA 02204 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Gargalicana/Graceffa LLP<br>11 Embarcardero West<br>Suite 145<br>Oakland, CA 94607 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Gordon Tilden Thomas & Cordell<br>1001 Fourth Ave, Suite 4000<br>Seattle, WA 98154 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Gunderson Dettmer<br>1200 Seaport Blvd<br>Redwood City, CA 94063 |
| Archer USA Inc.<br>2025 First Avenue, Suite 320<br>Seattle, WA 98121 | Horten<br>Philip Heymans Allé 7<br>Box 191<br>2900 Hellerup<br>Copenhagen, Denmark |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    Lenco Mobile Inc.                       Case No.    14-16660-KAO

                              Debtor(s)         Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 6, 2014              Signature    /s/ Matthew Harris

                                            Matthew Harris
                                            President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.