Entered on Docket June 5, 2018

**Below is the Order of the Court.**

_[signature]_

**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| ARCHER USA, INC.; LENCO MOBILE, INC., | No. 14-16659-TWD<br>LEAD CASE |
| Debtors. | No. 14-16660-TWD<br>*Substantively Consolidated*<br><br>ORDER AND FINAL DECREE CLOSING CASE |

THIS MATTER came before the Court upon the motion ("**Motion**") of Anthony Neupert, acting as the Plan Administrator ("**PA**") under the confirmed Chapter 11 Plan ("**Plan**") of Archer USA, Inc. ("**Archer**") and Lenco Mobile, Inc. ("**Lenco**"), the reorganized debtors (collectively, the "**Debtors**"), pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, for Entry of Final Decree Closing Case and Approving Final Report. The Court having considered the Motion and supporting documents thereto, objections to the Motion (if any), arguments of counsel (if any), and the files and records herein; the Court having determined that the notice given of the Motion was sufficient under the circumstances; and the Court

ORDER AND FINAL DECREE CLOSING CASE - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128546.0002/6718005.2

Case 14-16659-TWD    Doc 975    Filed 06/05/18    Ent. 06/05/18 14:41:19    Pg. 1 of 2

having further determined that the case has been fully administered and the relief granted herein is in the best interests of the Estate, the Estate's creditors and other interested parties; now, therefore, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. The Final Report is APPROVED.

3. The PA is authorized to pay all outstanding and anticipated expenses of the Debtors' bankruptcy estate, including post-closing fees and expenses, as outlined in the Motion.

4. The PA is authorized to settle and pay the IRS tax penalty assessment and Post-Closing Costs, as defined in the Motion, without further notice or order of this Court.

5. After completion of the foregoing payments, the PA is authorized and directed to: (i) make a supplemental distribution of remaining Estate funds to holders of allowed unsecured claims, if the remaining Estate funds total over $5,000; or (ii) donate the remaining Estate funds to the CENTS non-profit organization, should the remaining Estate funds total less than $5,000.

6. The PA is authorized to abandon all remaining Estate records.

7. Upon post-final distribution of Estate funds or donation of the remaining Estate funds, the PA, PA's professionals, and the Post-Confirmation Creditors' Committee, and their respective members, employees and professionals, shall be discharged.

8. This case is now CLOSED.

///End of Order///

Presented by:

LANE POWELL PC

By */s/ Tereza Simonyan*
   Tereza Simonyan, WSBA No. 41741
Attorneys for Plan Administrator

ORDER AND FINAL DECREE CLOSING CASE - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128546.0002/6718005.2

Case 14-16659-TWD    Doc 975    Filed 06/05/18    Ent. 06/05/18 14:41:19    Pg. 2 of 2